UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

SARATOGA POTATO CHIP COMPANY, )
INC. a/k/a OLDE YORK POTATO CHIPS )
and SARATOGA POTATO CHIPS, )
LLC, )
)
          Plaintiffs )
vs. ) CASE NO. 1:12-CV-452
)
CLASSIC FOODS, INC. and CUETARA )
HOLDINGS, INC., )
)
          Defendants )

### ORDER ON INITIAL ENLARGEMENT OF TIME

This matter comes before the court on the motion for initial enlargement of time filed by defendants Classic Foods, Inc. and Cuetara Holdings, Inc. The court, having examined said motion and being duly advised, now GRANTS the same and ORDERS said defendants to file their response to plaintiffs' complaint on or before January 18, 2013.

DATE: 12/21/2012

S/Roger B. Cosbey
U.S. Magistrate Judge