# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| Saratoga Potato Chips Company, Inc., a/k/a Olde York Potato Chips, et al., <br><br> Plaintiff, <br><br> v. <br><br> Cuetara Holdings Inc. et al., <br><br> Defendants. | Case No. 1:12-CV-452 JVB |

## ORDER

The Court referred this case to the Honorable Susan L. Collins, United States Magistrate Judge for this District, for a Report and Recommendation on Plaintiff's motion for sanctions (DE 91). On October 29, 2015, Judge Collins issued such a report, recommending that Plaintiff's motion be granted in part and that certain sanctions be imposed in part. Judge Collins advised the parties that they had fourteen days for filing objections to the Report and Recommendation, but, to date, no objections have been filed.

The Court adopts the report and the recommendations in their entirety. Accordingly, the Court grants Plaintiff's motion and rules as follows:

1. For purposes of this action, Cuetara is the alter ego of Classic, as alleged in Count VI of the amended complaint; and

2. Plaintiff is awarded expenses and fees in the amount of $3,420 against Classic and Cuetara, jointly and severally.

The Court denies Plaintiff's motion in all other respects.

SO ORDERED on December 9, 2015.

                                                 s/ Joseph S. Van Bokkelen
                                                 JOSEPH S. VAN BOKKELEN
                                                 UNITED STATES DISTRICT JUDGE